Argued and submitted February 18, affirmed March 24, 2010

Margaret EKREN,
as Personal Representative for
the Estate of Katherine E. Ischer;
and John Mayfield,
as Personal Representative for
the Estate of Baby Ischer,
and as Guardian ad litem for Emma Ischer,
*Plaintiffs-Appellants,*

*v.*

FARMERS INSURANCE COMPANY
OF OREGON,
*Defendant-Respondent.*

Multnomah County Circuit Court
080913791; A141141

228 P3d 614

Robert J. Miller, Sr., argued the cause and filed the briefs for appellants.

Thomas M. Christ argued the case for respondent. With him on the brief was Cosgrave Vergeer Kester LLP.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Affirmed. *Collins v. Farmers Ins. Co.*, 312 Or 337, 822 P2d 1146 (1991).